Paul MILLER, Respondent/Appellant,

v.

Bethany J. MILLER,
Petitioner/Respondent.

No. 71278.

Missouri Court of Appeals,
Eastern District,
Division Six.

Nov. 4, 1997.

Stephen J. Nangle, Nangle & Nangle, P.C., St. Louis, for respondent/appellant.

Nathan S. Cohen, Lacks, Newman & Cohen, P.C., Clayton, for petitioner/respondent.

Before REINHARD, P.J., and KAROHL and ROBERT G. DOWD, Jr., JJ.

*ORDER*

PER CURIAM.

Husband appeals from a default judgment granting wife a divorce decree, child support, and a division of property. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).

---

Joseph Daniel ARENA, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

No. 71327.

Missouri Court of Appeals,
Eastern District,
Division Two.

Nov. 4, 1997.

Dave Hemingway, Asst. Sp. Public Defender, St. Louis, for movant/appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jacqueline K. Hamra, Asst. Atty. Gen., Jefferson City, for respondent/respondent.

Before CRANE, P.J., and RHODES RUSSELL and JAMES R. DOWD, JJ.

*ORDER*

PER CURIAM.

Movant appeals from the denial, without an evidentiary hearing, of his Rule 24.035 motion for postconviction relief. Movant pled guilty to second degree murder and armed criminal action in violation of sections 571.015 and 565.021 RSMo 1994 and was sentenced to a term of imprisonment of twenty-five years on each count to run concurrently.

The motion court's findings are not clearly erroneous, and no error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgement of the motion court is affirmed in accordance with Rule 84.16(b).